ORIGINAL





# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ALFARO, et. al,<br><br>Defendant. | Case No. 2:09-cr-00466-R-13<br><br>**ORDER GRANTING MOTION TO QUASH SUBPOENA DUCES TECUM**<br><br>Courtroom of the Honorable Manuel L. Real |

**GOOD CAUSE HAVING BEEN SHOWN**, IT IS HEREBY ORDERED THAT THE FOUR SUBPOENAS SERVED UPON THE LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE IN THE ABOVE-ENTITLED ACTION, BE QUASHED.

Dated: June 25, 2010

_____
MANUEL L. REAL
Judge of the United States District Court
Central District of California

Attorney's Name, Address & Phone:

H. Dean Steward, Esq. (SBN 85317)
Law Offices of H. Dean Steward
107 Avenida Miramar, Suite C
San Clemente, California 92672
Phone: 949-481-4900
Fax: 949-496-6753
ATTORNEY FOR DEFENDANT PEDRO LOPEZ



JAN 2010
RECEIVED
By LA District Attorney's
Office-Administration
C-Chavez
3:30

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:09-CR-00466-ER-013 |
| v. | |
| JOSE ALFARO, PEDRO LOPEZ, et al. | SUBPOENA IN A CRIMINAL CASE |
| DEFENDANT(S). | |

TO: Los Angeles County District Attorney's Office  210 W. Temple Street, Los Angeles, CA 213-974-3512

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: Roybal Federal Courthouse 255 E. Temple Avenue, Los Angeles, CA 90012   , Courtroom: 890

Date: March 8, 2010   , Time: 1:30 PM   .

☑ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

All records, including case names [defendant names] and Superior Court case numbers where DYLAN BALDERAS, born 11-01-1980, 01-01-1980, CII Number A26043195, FBI Number 913838FC1, CDC Number F-29986 testified as a prosecution witness since January 1, 1999 in any criminal prosecution filed by the Los Angeles County District Attorney's Office. Photocopies of writings or communication with any law enforcement agency including LAPD, LASO, FBI or United States Attorney's Office regarding MR. GUEVARA use as a witness in cases and the prosecution and sentencing of MR. GUEVARA in cases where he was charged as a defendant since January 1, 1999.



_Jerry Nafisi_
Terry Nafisi, Clerk of Court

January 26, 2010
Date

Attorney's Name, Address & Phone:

H. Dean Steward, Esq. (SBN 85317)
Law Offices of H. Dean Steward
107 Avenida Miramar, Suite C
San Clemente, California 92672
Phone: 949-481-4900
Fax: 949-496-6753

ATTORNEY FOR DEFENDANT PEDRO LOPEZ



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:09-CR-00466-ER-013 |
| v. | |
| JOSE ALFARO, PEDRO LOPEZ, et al. | SUBPOENA IN A CRIMINAL CASE |
| DEFENDANT(S). | |

TO: Los Angeles County District Attorney's Office 210 W. Temple Street, Los Angeles, CA 213-974-3512

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: Roybal Federal Courthouse 255 E. Temple Avenue, Los Angeles, CA 90012 , Courtroom: 890

Date: March 8, 2010 , Time: 1:30 PM .

☑ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

All records, including case names [defendant names] and Superior Court case numbers where ARTURO LARIOS, born September 11, 1976, CDC Number T-15486, CII Number A11952821, SSN Number 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, FBI Number 716691B2 testified as a prosecution witness since January 1, 1999 in any criminal prosecution filed by the Los Angeles County District Attorney's Office. Photocopies of writings or communication with any law enforcement agency including LAPD, LASO, FBI or United States Attorney's Office regarding MR. GUEVARA use as a witness in cases and the prosecution and sentencing of MR. GUEVARA in cases where he was charged as a defendant since January 1, 1999.



Terry Nafisi, Clerk of Court

January 26, 2010
Date

CR-21 (09/08)              SUBPOENA IN A CRIMINAL CASE              Page 1 of 2

Attorney's Name, Address & Phone:

H. Dean Steward, Esq. (SBN 85317)
Law Offices of H. Dean Steward
107 Avenida Miramar, Suite C
San Clemente, California 92672
Phone: 949-481-4900
Fax: 949-496-6753

ATTORNEY FOR DEFENDANT PEDRO LOPEZ



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 2:09-CR-00466-ER-013 |
| JOSE ALFARO, PEDRO LOPEZ, et al. DEFENDANT(S). | SUBPOENA IN A CRIMINAL CASE |

TO: Los Angeles County District Attorney's Office 210 W. Temple Street, Los Angeles, CA 213-974-3512

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: Roybal Federal Courthouse 255 E. Temple Avenue, Los Angeles, CA 90012 , Courtroom: 890

Date: March 8, 2010 , Time: 1:30 PM .

☑ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

All records, including case names [defendant names] and Superior Court case numbers where Los Angeles County Police Detective FRANK JAVIER FLORES has qualified and testified as a "gang expert" since January 1, 1999 in any criminal prosecution filed by the Los Angeles County District Attorney's Office.



Terry Nafisi, Clerk of Court

January 26, 2010
Date

Attorney's Name, Address & Phone:

H. Dean Steward, Esq. (SBN 85317)
Law Offices of H. Dean Steward
107 Avenida Miramar, Suite C
San Clemente, California 92672
Phone: 949-481-4900
Fax: 949-496-6753

ATTORNEY FOR DEFENDANT PEDRO LOPEZ

JAN 2010
RECEIVED
By LA District Attorney's
Office-Administration
C. Chung
3:30

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America PLAINTIFF v. JOSE ALFARO, PEDRO LOPEZ, et al. DEFENDANT(S). | CASE NUMBER 2:09-CR-00466-ER-013 SUBPOENA IN A CRIMINAL CASE |
|---|---|

TO: Los Angeles County District Attorney's Office  210 W. Temple Street, Los Angeles, CA 213-974-3512

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: Roybal Federal Courthouse 255 E. Temple Avenue, Los Angeles, CA 90012 , Courtroom: 890

Date: March 8, 2010 , Time: 1:30 PM .

☑ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

All records, including case names [defendant names] and Superior Court case numbers where LAMAR EDWARDS, aka LEMAR EDWARDS, born May 13, 1970, CII Number A08589466 testified as a prosecution witness since January 1, 1999 in any criminal prosecution filed by the Los Angeles County District Attorney's Office. Photocopies of writings or communication with any law enforcement agency including LAPD, LASO, FBI or United States Attorney's Office regarding MR. GUEVARA use as a witness in cases and the prosecution and sentencing of MR. GUEVARA in cases where he was charged as a defendant since January 1, 1999.



Terry Nafisi, Clerk of Court

January 26, 2010
Date

CR-21 (09/08)  SUBPOENA IN A CRIMINAL CASE  Page 1 of 2

# DECLARATION OF SERVICE

I, Adell Lopez, the undersigned, hereby declare under penalty of perjury, that the following is true and correct:

I am over eighteen years of age, not a party to the within cause and employed in the Office of the District Attorney of Los Angeles County, with principal offices located at 18000 Criminal Courts Building, Los Angeles, California 90012; that the District Attorney is one of the attorneys for the People of the State of California in the above-entitled matter.

On February 9, 2010, I served the attached documents MOTION TO QUASH SUBPOENA DUCES TECUM; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO QUASH, by depositing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

| | |
|---|---|
| H DEAN STEWARD | MARK F FLEMING |
| H DEAN STEWARD LAW OFFICES | MARK F FLEMING LAW OFFICES |
| 107 AVENIDA MIRAMAR SUITE C | 1350 COLUMBIA STREET SUITE 600 |
| SAN CLEMENTE, CA 92672 | SAN DIEGO, CA 92101 |
| 949-481-4900 | 619-794-0220 |
| | |
| ABIGAIL W. EVANS | ELIZABETH CARPENTER |
| AUSA – OFFICE OF US ATTORNEY | AUSA – OFFICE OF US ATTORNEY |
| 312 N SPRING STREET 12TH FLR. | 312 N SPRING STREET 12TH FLR |
| LOS ANGELES, CA 90012 | LOS ANGELES, CA 90012 |
| 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 | 213-894-2434 |

I declare under penalty of perjury the foregoing is true and correct.

Executed on February 9, 2010, at Los Angeles, California.

_____
(signature)

Rev. 710-06/98 DA Case 28910534