# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 09-466 DSF |
| Date | 1/7/13 |

Present: The Honorable  DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

Interpreter  N/A

| Debra Plato | Not Present | Robyn Bacon; Garth Hire  Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 13) Pedro Lopez | NOT | X | | 13) Mark Fleming | NOT | | X |

**Proceedings:**   (IN CHAMBERS) Order Denying Without Prejudice Application for Writ of Habeas Corpus ad Testificandum

The government does not intend to call Arturo Larios in its case-in-chief.  If the defense calls Mr. Larios, the government may seek to elicit an in-court identification.  To the extent the Court needs to evaluate Mr. Larios's reliability to make an in-court identification, as suggested in Mr. Fleming's declaration, it can do so during the trial, outside the presence of the jury.

The Application is DENIED.

IT IS SO ORDERED.

Time: .00

Initials of Deputy Clerk  DP