# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:09-CR-00466(A)-DSF      Recorder: CS 04/23/2013      Date: 04/23/2013

Present: The Honorable Jacqueline Chooljian, U.S. Magistrate Judge

Court Clerk: Terry R. Baker                                    Assistant U.S. Attorney: Garth Hire

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 5.) CARLOS IVAN CUENTAS, aka Carlos Yvonne Cuentas, aka Carlos Juan Cuentas, aka Snnopy, aka El Narizon, aka Blinky<br>     CUSTODY-PRESENT<br>10.) PAUL MILTON CORTEZ JOVEL, aka Paul Milton Jovel Cortez, aka Oscar Chacon, aka Little Man<br>     CUSTODY-PRESENT<br>13.) PEDRO ALONSO LOPEZ, aka Grumpy<br>     CUSTODY-PRESENT<br>16.) KELVIN ALEXANDER MELGAR, aka Kelvin Alexander, aka Melgar Alas, aka Pain<br>     CUSTODY-PRESENT | 5.) THOMAS NISHI, special appearance by MARK F. FLEMING<br>     PANEL<br>10.) MICHAEL J. TREMAN<br>     PANEL<br>13.) MARK F. FLEMING<br>     PANEL<br>16.) STEPHEN G. FRYE, special appearance by MARK F. FLEMING<br>     PANEL | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the First Superseding Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the First Superseding Indictment.

This case was previously assigned to the calendar of District Judge Dale S. Fischer.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 06/11/2013 at 8:30 AM
    Pre-trial Conference 05/29/2013 at 3:30 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

The parties are referred to Judge Fischer's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 08
Initials of Deputy Clerk: TRB

cc: Statistics Clerk, PSALA CJA Supv Attorney, USMLA